UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) SUE BENEDICT, as Administrator of the Estate of DAGNEY ELLIS BENEDICT, a.k.a. NEX BENEDICT, a deceased minor,<br><br>Plaintiff,<br><br>v.<br><br>(2) INDEPENDENT SCHOOL DISTRICT NO. 11, a/k/a OWASSO PUBLIC SCHOOLS,<br><br>Defendant. | Civil Action No. 25-cv-00321-MTS |

## WAIVER OF THE SERVICE OF SUMMONS

TO: Bradley E. Beckworth, OBA No. 19982
Ross Leonoudakis, OBA No. 34570
Nathan B. Hall, OBA No. 32790
NIX PATTERSON, LLP
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
*Bbeckworth@nixlaw.com*
*Rossl@nixlaw.com*
*Nhall@nixlaw.com*

Jacob Biby, OBA No. 22063
BIBY LAW FIRM
6305 E. 120th Ct., Ste. F
Tulsa, OK 74137
Telephone: (918) 574-8458
*Jacob@bibylaw.com*

**ATTORNEYS FOR PLAINTIFF**

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from **7/16/2025**, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 7/16/2025

_____

Kent B. Rainey, OBA No. 14619
ROSESTEIN, FIST & RINGOLD
Park Centre
525 South Main, Suite 700
Tulsa, OK 74103
Telephone: (918) 585-9211
Facsimile: (918) 583-5617
borainey@rfrlaw.com
**ATTORNEYS FOR DEFENDANT**