UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **[1] SUE BENEDICT,**<br>As Administrator of the Estate<br>of DAGNEY ELLIS BENEDICT,<br>a.k.a. NEX BENEDICT,<br>a deceased minor.<br><br>                                          **Plaintiff,**<br><br>vs.<br><br>**[1] INDEPENDENT SCHOOL<br>DISTRICT NO. 11, a.k.a.<br>OWASSO PUBLIC SCHOOLS,**<br><br>                                         **Defendant.** | Case No.: 25-CV-00321-MTS<br><br>PARTIAL JOINT STATUS REPORT<br>(FOR CASES WITH A PRESIDING<br>MAGISTRATE JUDGE) |

**VIII.**   **Do all parties consent to trial before the assigned magistrate judge?**   Yes ☐   No ☒

If you mark "yes", you will be deemed to have knowingly and voluntarily consented to the jurisdiction of the assigned United States Magistrate Judge without the necessity for the filing or submission of any other documentation. The United States Magistrate Judge will exercise complete jurisdiction over this case through and including trial and the entry of a final judgment in accordance with 28 U.S.C. §636(c)(1) and Fed. R. Civ. P. 73(a).

If you mark "no" the case will immediately be reassigned to a United States District Judge.

Approved by:

| | |
|---|---|
| */s/ Ross Leonoudakis*<br>Bradley E. Beckworth, OBA No. 19982<br>Ross Leonoudakis, OBA NO. 34570<br>Nathan B. Hall, OBA No. 32790<br>NIX PATTERSON, LLP<br>8701 Bee Cave Road<br>Building 1, Suite 500<br>Austin, TX  78746<br>P: (512) 328.5333<br>F: (512) 328.5335<br>Bbeckworth@nixlaw.com<br>Rossl@nixlaw.com<br>Nhall@nixlaw.com<br><br>-and- | */s  Kent B. Rainey*<br>Kent B. Rainey, OBA No. 14619<br>Alison A. Parker, OBA No. 20741<br>Rhiannon K. Thoreson, OBA No. 22748<br>ROSENSTEIN, FIST & RINGOLD<br>525 South Main, Suite 700<br>Tulsa, OK 74103<br>P: (918) 585.9211<br>F: (918) 583.5617<br>borainey@rfrlaw.com<br>aparker@rfrlaw.com<br>rthoreson@rfrlaw.com<br><br>***Attorneys for Defendant*** |

Jacob W. Biby, OBA No. 22063
BIBY LAW FIRM
6305 E. 120th Ct., Suite F
Tulsa, OK 74137
P: (918) 574.8458
F: (888) 572.8263
jacob@bibylaw.com

***Attorneys for Plaintiff***