**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **(1) SUE BENEDICT,** as administrator of the Estate of **DAGNEY ELLIS BENEDICT a/k/a NEX BENEDICT**, a deceased minor, <br><br> *Plaintiff,* <br><br> v. <br><br> **(1) INDEPENDENT SCHOOL DISTRICT NO. 11, a/k/a OWASSO PUBLIC SCHOOLS**, <br><br> *Defendant*. | <br><br><br><br><br> **Case No. 4:25-cv-00321-MTS** |

**PLAINTIFF'S SUPPLEMENT TO HER FIRST MOTION TO COMPEL DISCOVERY AND MOTION TO STRIKE DEFENDANT'S OBJECTIONS**

In response to the Court's Minute Order entered March 27, 2026, Plaintiff states that she is seeking to compel information in response to the following requests:

      **RFPs:** 1, 2, 3, 5, 6, 7, 8, 9, 10, 12

      **ROGs:** 1, 2, 3, 4, 7, 8

In addition, for the reasons set forth in Plaintiff's Motion, Plaintiff has requested that certain objections be stricken altogether, including Defendant's general objection to the relevant time period, Defendant's general objection to Specific Definition # 1, Defendant's general objection to Instruction # 7, and Defendant's "vague" and "ambiguous" objections to the terms set forth on page 15 of Plaintiff's Motion. *See* Dkt. No. 43 at 14–19.

Respectfully submitted,

/s/ *Nathan B. Hall*
Bradley E. Beckworth, OBA No. 19982
Drew Pate, OBA No. 34600
Ross Leonoudakis, OBA No. 34570
Nathan B. Hall, OBA No. 32790
**NIX PATTERSON, LLP**
512 N. Broadway Ave., Suite 200
Oklahoma City, OK 73102
Telephone: (405) 516-7800
Facsimile: (405) 516-7859
*bbeckworth@nixlaw.com*
*dpate@nixlaw.com*
*rossl@nixlaw.com*
*nhall@nixlaw.com*

Jacob Biby, OBA No. 22063
**BIBY LAW FIRM**
6305 E. 120th Ct., Ste. F
Tulsa, OK 74137
Telephone: (918) 574-8458
*Jacob@bibylaw.com*

***Attorneys for Plaintiff***

# CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I electronically transmitted the above document

to the Clerk of the Court and all parties of record using the Court's ECF filing System.

/s/ *Nathan B. Hall*