**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

Benedict,

                                    Plaintiff,

vs.

Independent School District No. 11,

                                    Defendant.

Case No.:     25-cv-00321-SEH-MTS

Proceeding:  Motion Hearing
Date:          4/7/2026
Time:          10:01 a.m. – 11:16 a.m.

**MINUTE SHEET**

Mark T. Steele, U.S. Magistrate Judge        L. Tiefenthaler, Deputy Clerk        Courtroom 5

Counsel for Plaintiff:    Nathan Hall

Counsel for Defendant:   Adam Heavin

Minutes:    Case called for Motion Hearing re: Plaintiff's Motion to Compel (dkt #43). Arguments heard from Plaintiff and Defendant. Separate Order will be entered.

Court Time 10:00 a.m.